UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUZVIMINDA ZEMINA, *et al.*,

                    Plaintiffs,

        v.

WALMART INC.,

                    Defendant.

Case No. C24-5763-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

The Court finds that the information in the possession of third party deponent Dr. Kelsey White concerning Plaintiff Luzviminda Zemina is relevant and material to the issues before the Court; that the requested disclosure is narrowly tailored to the needs of this proceeding; and that a judicial order authorizing such disclosure is warranted and is hereby issued. 34 C.F.R. § 99.31(a)(9)(i); 20 U.S.C. § 1232g(b)(2); *Morgan Hill Concerned Parents Ass'n v. California Dep't of Educ.*, 2015 WL 10939711, at *3 (E.D. Cal. July 2, 2015).

//

//

MINUTE ORDER - 1

Dated this 24th day of February, 2026.

Joshua C. Lewis
Clerk of Court

By: Tim Farrell
Deputy Clerk

MINUTE ORDER - 2